UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELI DURAND-MCDONNELL, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| KEVIN EDGECOMB, in his individual capacity | ) Civil Action Docket No. 1:23-cv-00279-JDL <br> ) <br> ) |
| & | ) <br> ) |
| NATHAN FORMBY, in his individual capacity, | ) <br> ) <br> ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned matter with prejudice. This dismissal shall be without costs, attorneys' fees, or interest to any party.

Dated at Portland, Maine this 7th day of December 2023.

                                             */s/ Matthew Morgan*
                                             Matthew D. Morgan, Esq.
                                             *Attorney for Plaintiff Eli Durand-McDonnell*

**McKee Law, LLC, P.A.**
133 State Street
Augusta, ME 04330
(207) 620-8294
mmorgan@mckeelawmaine.com

        /s/ *Kasia Park*
Kasia S. Park, Esq.
Susan M. Weidner, Esq.
*Attorneys for Defendants Kevin Edgecomb and Nathan Formby*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
kpark@dwmlaw.com
sweidner@dwmlaw.com

2

## CERTIFICATE OF SERVICE

  I, Matthew D. Morgan, Attorney for the Plaintiff, hereby certify that on December 7, 2023, I served a copy of this Stipulation of Dismissal on Kasia S. Park, Esq. and Susan M. Weidner, Esq., using the CM/ECF system:


Dated:  December 7, 2023         /s/ Matthew D. Morgan
                     MATTHEW D. MORGAN
                     Attorney for Plaintiff
                     Bar No. 005044
                     McKee Law, LLC, P.A.
                     133 State Street
                     Augusta, ME 04330
                     (207) 620-8294
                     mmorgan@mckeelawmaine.com